**Perkins Coie**

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
perkinscoie.com

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

April 16, 2026

**VIA ECF FILING**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Application GRANTED.  The deadlines for Defendants Lendlease and Starr to respond to the amended complaint are extended to **May 29, 2026**.

The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: April 17, 2026

**Re:**    ***Zurich Insurance Company Ltd (Canadian Branch) v. Lendlease (US) Construction LMB Inc., et al.*, Case No. 1:25-cv-08378-JHR**

Dear Judge Rearden:

We represent defendant Lendlease (US) Construction LMB Inc. ("Lendlease") in the above-captioned matter, and respectfully submit this letter, jointly with counsel for defendant Starr Indemnity & Liability Company ("Starr") pursuant to Your Honor's Individual Rule 2(E), to request an extension on consent of the deadlines for Lendlease and Starr to answer, move, or otherwise respond to the amended complaint for 30 days as to Lendlease and 29 days as to Starr, through and including May 29, 2026.

The amended complaint was filed on April 1, 2026.  Dkt. No. 9.  The amended complaint was served upon Lendlease on April 8, 2026, Dkt. No. 15, and upon Starr on April 9, 2026.  Dkt. No. 16.  Accordingly, Lendlease's response to the amended complaint is presently due April 29, 2026, and Starr's response is presently due April 30, 2026.  Neither Lendlease nor Starr has previously requested an adjournment or extension of time.  The present request will enable Lendlease and Starr to review and analyze the amended complaint before responding.  Plaintiff Zurich Insurance Company Ltd (Canadian Branch) consents to the present request.  There are no scheduled appearances in this matter and the requested extension will not affect any other scheduled deadlines or dates.

We thank Your Honor in advance for your consideration of this request.

April 16, 2026
Page 2

Respectfully submitted,

PERKINS COIE LLP                          GIMIGLIANO MAURIELLO &
                                          MALONEY, P.A.


By: ___/s/ Adam R. Mandelsberg___        By: _____/s/ John Maloney_____
      Adam R. Mandelsberg                        John Maloney

*Attorneys for Lendlease (US) Construction*   *Attorneys for Starr Indemnity & Liability*
*LMB Inc.*                                    *Company*

Perkins Coie LLP