UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH INSURANCE COMPANY LTD.,
ET AL.,

                    Plaintiff,

        -v-

LENDLEASE (US) CONSTRUCTION
LMB INC. ET AL.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/18/2026_

**ORDER**

25-CV-8378 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' request to extend the deadline to answer, move, or otherwise respond to the amended complaint. ECF No. 20. The relief requested is **GRANTED**. The Defendants shall answer, move, or otherwise respond to the amended complaint by **August 7, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 20 as **GRANTED**.

**SO ORDERED.**

Dated: May 18, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge