UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/3/2026

ZURICH INSURANCE COMPANY LTD., ET AL.,

Plaintiff,

-v-

LENDLEASE (US) CONSTRUCTION LMB INC. ET AL.,

Defendants.

**ORDER**

25-CV-8378 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' request to extend the deadline to answer, move, or otherwise respond to the amended complaint. ECF No. 24. The relief requested is **GRANTED**. The Defendants shall answer, move, or otherwise respond to the amended complaint by **October 6, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24 as **GRANTED**.

**SO ORDERED.**

Dated: August 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge