USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH INSURANCE COMPANY LTD., ET AL.,

Plaintiff,

-v-

LENDLEASE (US) CONSTRUCTION LMB INC. ET AL.,

Defendants.

**ORDER**

25-CV-8378 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Defendants' request to extend the deadline to answer, move, or otherwise respond to the amended complaint. ECF No. 26. The relief requested is **GRANTED IN PART** and **DENIED IN PART**. The Defendants shall answer, move, or otherwise respond to the amended complaint by **November 30, 2026**.

The undersigned shall hold a case management conference on **December 10, 2026**, at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 195 767 634#).

In preparation for and while engaging in a teleconference, please follow these guidelines:

1. Use a landline whenever possible.
2. Use handset rather than speakerphone.
3. Identify yourself each time you speak.
4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.

5. Mute when not speaking to eliminate background noise and prevent interruptions.
6. Avoid voice-activated systems that do not allow a speaker to know when someone else is trying to speak and that cut off the beginning of words.

Upon receipt of this order, counsel are directed to confirm with all other counsel that each party to this proceeding has received a copy of this order. Please note that the Federal Rules of Civil Procedure require the parties to confer before this conference to discuss the matters set forth in Fed. R. Civ. P. 26(f). Additionally, the parties must exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) in advance of the conference. Finally, counsel of record must attend the conference. If counsel of record has not filed a notice of appearance, they must do so by the date of the conference.

At the case management conference, the parties must be prepared to discuss the subjects set forth in subdivisions (b) and (c) of Rule 16. To fulfill the requirement of Fed. R. Civ. P. 26(f) that the parties submit a proposed discovery plan, the parties shall send by email to RicardoNYSDChambers@nysd.uscourts.gov no later than **two business days** before the initial case management conference, a "Proposed Scheduling Order," in a Word document format, using the "Template for Proposed Case Management Plan and Scheduling Order" available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

To the extent the parties disagree on the dates or other terms of the proposed schedule, such disagreement may be noted in the document. In addition, prior to submitting their case management plan, the parties are directed to discuss whether

they will be taking depositions remotely or in person, or some combination, and should indicate as much in the proposed case management plan.

Any application for a change in the date of the conference must be made by letter-motion filed on ECF within five days of this order, unless there is good cause justifying a later application. The letter-motion must include: (1) a statement as to all other parties' positions on the proposed change in date and (2) a proposal for alternative dates for the conference for which all parties are available.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: September 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge