USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH INSURANCE COMPANY LTD., ET AL.,

Plaintiff,

-v-

LENDLEASE (US) CONSTRUCTION LMB INC. ET AL.,

Defendants.

**ORDER**

25-CV-8378 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request to extend the deadline to respond to the amended complaint and to cancel the case management conference. ECF No. 28. The request is **GRANTED IN PART** and **DENIED IN PART**.

Defendants shall respond to the amended complaint by **December 31, 2026**. The case management conference scheduled for December 10, 2026 at 11:00 a.m. is adjourned to **January 14, 2027** at **11:00 a.m.**, unless the case is dismissed before then. The dial-in information for the case management conference remains the same. *See* ECF No. 27.

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge